**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul F and Mindy L Blaski Trust Dated 10-25-17,<br><br>Plaintiff,<br><br>v.<br><br>Liberty Mutual Insurance Company,<br><br>Defendant. | No. CV-20-00052-TUC-DCB<br><br>**ORDER** |

The parties, having submitted a *Stipulation to Amend the Caption*, and good cause appearing,

**IT IS ORDERED** that the Stipulation to Amend the Caption (Doc. 130) is GRANTED. The incorrectly named defendant Liberty Mutual Insurance Company should be removed from the caption. In its place, the caption should identify Liberty Insurance Corporation as the only proper defendant.

Dated this 12th day of May, 2020.

Honorable David C. Bury
United States District Judge