**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul F and Mindy L Blaski Trust Dated 10-25-17,<br><br>Plaintiff,<br><br>v.<br><br>Liberty Mutual Insurance Company, et al.,<br><br>Defendants. | No. CV-20-00052-TUC-DCB<br><br>**ORDER** |

Having considered the parties' Stipulation for Dismissal, and good cause appearing,

**Accordingly,**

**IT IS ORDERED** that, pursuant to the Stipulation (Doc. 24), this case is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 6th day of November, 2020.

David C. Bury
United States District Judge